UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN ADRIAN LEAL GARCIA,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

CASE NO. 2:26-cv-01174-DGE

ORDER CLOSING PETITIONER'S OTHER PENDING MATTER FOR HABEAS RELIEF (2:26-CV-01039) AND MAKING THIS MATTER THE OPERATIVE MATTER

This matter comes before the Court on its own review of the record.  Petitioner initially filed a proposed petition for writ of habeas corpus in an earlier case on March 25, 2026.  (*Leal v. ICE Field Office Director* ("Leal 1"), 2:26-cv-01039-DGE, Dkt. No. 1.)  The Court instructed Petitioner his proposed petition was deficient for two reasons.  First, Petitioner did not pay a filing fee or submit an application to proceed in forma pauperis.  (Leal 1, Dkt. No. 2.)  Second, Petitioner did not name the warden of the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") as a respondent.  (Leal 1, Dkt. No. 3.)

ORDER CLOSING PETITIONER'S OTHER PENDING MATTER FOR HABEAS RELIEF (2:26-CV-01039) AND MAKING THIS MATTER THE OPERATIVE MATTER - 1

Petitioner then, rather than filing an amended complaint in Leal 1, filed a proposed petition in this matter on April 6, 2026. (*Leal Garcia v. ICE Field Office Director*, ("Leal 2"), 2:26-cv-01174-DGE, Dkt. No. 1.)  Petitioner paid his $5 required filing fee on April 13, 2026. (Leal 2, Dkt. No. 5.)[1]  Petitioner has since filed an additional document in Leal 1 entitled "Response" that appears to function as a supplement to his initial petition.  (Leal 1, Dkt. No. 4.) However, he has neither paid the proper fee nor named the proper respondent in Leal 1. Moreover, the information identified in his additional filing in Leal 1 still does not identify the legal authority supporting relief.

A petitioner may only have one pending petition for habeas.  Accordingly, the Court finds it proper *sua sponte* to close Leal 1 and adjudicate Petitioner's claims only in this matter, Leal 2.  All documents the Parties wish to be considered must be filed in Leal 2, 2:26-cv-01174-DGE.  Any future documents filed in Leal 1, 2:26-cv-01039-DGE, will not be considered by the Court.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 15th day of April, 2026.

David G. Estudillo
United States District Judge

---

[1] For the reasons discussed in its concurrent order, Petitioner's amended petition remains deficient and the Court has granted Petitioner leave to file an amended petition.

ORDER CLOSING PETITIONER'S OTHER PENDING MATTER FOR HABEAS RELIEF (2:26-CV-01039) AND MAKING THIS MATTER THE OPERATIVE MATTER - 2