UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN GARCIA LEAL GARCIA,

                       Petitioner,

       v.

ICE FIELD OFFICE DIRECTOR,

                       Respondent.

CASE NO. 2:26-cv-01174-DGE

ORDER TO FILE AN AMENDED PETITION

Petitioner submitted an amended petition to this Court using the Court's template for writ of habeas corpus.  (Dkt. No. 12.)  However, the new amended petition does not name the proper respondent.  As identified in a prior order (Dkt. No. 9 at 2), "habeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition."  *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–813 (N.D. Cal. 2024).  If a petitioner fails to do so, the district court lacks jurisdiction over the petition.  *Doe*, 109 F.4th at 1195–1197.  Petitioner,

ORDER TO FILE AN AMENDED PETITION - 1

therefore, must name his immediate custodian (the Warden of Northwest Immigration & Customs Enforcement Processing Center) as a respondent and any other agency or person who Petitioner believes may be responsible for Petitioner's custody.  Accordingly, Petitioner is granted until **June 12, 2026** to file an amended petition naming the proper respondent.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.  The Clerk is also directed to attach both a clean copy of the Court's template for immigration habeas petitions and a copy of Petitioner's petition at Dkt. No. 12 to this Order.

Dated this 13th day of May, 2026.

David G. Estudillo
United States District Judge

ORDER TO FILE AN AMENDED PETITION - 2